IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

v.                                         **NO. 4:05CR00252-01 GTE**

**ROBERT DAVID KEITH**                                                    **DEFENDANT**

### AMENDMENT TO CORRECT JUDGMENT AND COMMITMENT

Pending before the Court is the Government's Motion To Correct Judgment and Commitment. On October 25, 2007, the Defendant was sentenced to a term of imprisonment of Fifty (50) Months based upon a stipulated loss in excess of $130,000 which covered the offense conduct and relevant conduct. The stipulated loss was reduced to $78,205.41 for purposes of restitution and restitution was ordered in that amount. It has been determined that the restitution figure was erroneously calculated and that the correct restitution figure amounts to $76,655.41 as reflected in the attached Exhibit A.

IT IS THEREFORE ORDERED that the Motion to Correct Judgment and Commitment, be and it is hereby, GRANTED. The restitution amount is hereby corrected to be $76,655.41 and is payable to the victims as listed in the attached Exhibit A, which shall be made a part of the Judgment and Commitment.

Dated this 27th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Capital One Auto Finance, Inc. | $23,900.00 | **EXHIBIT A** |
| Plano, Texas 75093 | | |
| Marilyn Zanetel 800-227-3863, ext. 3028 | | |
| State Farm Insurance | $ 6,800.00 | |
| Decatur, Georgia 30035-4041 | | |
| Jim Blout - Claims Representative 770-593-6471 | | |
| Sprint/Nextel | $ 1,200.00 | |
| Attn: Law Enforcement Agency Team | | |
| Overland Park, Kansas 66251 | | |
| 877-324-1925 | | |
| Rosenthal Nissan/Mazda | $ 3,500.00 | |
| Attn: General Manager | | |
| Vienna, Virginia 22182 | | |
| 703-749-6400 | | |
| Arvest | $14,300.00 | |
| Attn: J. Phillips | | |
| Fort Smith, Arkansas 72903 | | |
| Dell Financial Services | $13,351.10 | |
| Attn: Krista Reina | | |
| Austin, Texas 78708 | | |
| Monique Pierre | $ 4,000.00 | |
| Baton Rouge, LA 70807 | | |
| Church Mutual Insurance | $ 8,169.31 | |
| Attn: Dovie Norcross | | |
| Little Rock, AR 72211 | | |
| Carmel Missionary Church | <u>$ 1,425.00</u> | |
| Daytona Beach, Florida 32114 | | |
| **TOTAL** | **$76,655.41** | |